IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Case No. PX-19-0158** |
| **PATRICIA MCDANIEL** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**PREMISES CONSIDERED:**

It is **ORDERED** that the Defendant's conditions of supervised release are amended in the following way:

- The condition of supervised release requiring location monitoring for a period of four months is changed to a condition requiring a curfew as set by probation for that same period of time.

· That same condition requiring the Defendant to pay the costs of the home detention program as directed by the probation officer is hereby waived.

In all other respects, Defendant's conditions of Supervised Release remain the same.

Date: __5/24/24_____

/S/
_____
THE HONORABLE PAULA XINIS
U.S. DISTRICT JUDGE